■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCES DUBREY, Appellant. [630 NYS2d 930] —Appeal by the defendant from a judgment of the County Court, Nassau County (Goodman, J.), rendered May 27, 1992, convicting her of criminal possession of a controlled substance in the fourth degree and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant has served her sentence and her assigned counsel has been unable to locate or communicate with her. In light of the defendant's apparent lack of interest in her appeal, we dismiss the appeal as abandoned *(see, People v Watson,* 187 AD2d 622). Bracken, J. P., Balletta, Pizzuto and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE W. FELDER, Appellant. [630 NYS2d 257] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mogil, J.), rendered July 14, 1994, convicting him of burglary in the third degree and grand larceny in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.